Order issued: October 3 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00466-CV

## IN THE INTEREST OF J.W.C., A CHILD

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-08-21693-Z

## ORDER

On August 31, 2012, appellant filed: (1) a request for documents; and (2) a motion for an extension of time to file a brief. We **GRANT** appellant's request for documents to the extent that we **DIRECT** the Clerk of this Court to send appellant a copy of: (1) the clerk's record filed with this Court on August 28, 2012; and (2) a copy of the reporter's record of the January 13, 2012 hearing. We **DENY** the motion to the extent appellant requests other records.

We **GRANT** appellant's motion for an extension of time to file a brief. Appellant shall file his brief **within forty-five days of the date of this order**.

We **DIRECT** the Clerk of this Court to send a copy of this order by regular mail to appellant

and by electronic transmission to counsel for appellee.

_____
CAROLYN WRIGHT
CHIEF JUSTICE